IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL DAVID BROOK )
) No. 3-11-1190
v. )
) Consolidated with 3-12-1168
STERLING TESTING SYSTEMS, )
INC. a/k/a Sterling Infosystems, Inc.; )
and OPRYLAND HOSPITALITY, LLC )

O R D E R

Counsel for the parties shall convene a telephone conference call with the Court on **Thursday, July 31, 2014, at 3:00 p.m., central time,** to be initiated by defendants' counsel, to address their request for a settlement conference included in their joint notice (Docket Entry No. 81). During the conference call, counsel shall be prepared to address before whom the settlement conference should be scheduled and the dates on which counsel, the plaintiff, and a representative of the defendants with full settlement authority will be available to attend the settlement conference.

If the scheduled date and time for the conference call presents scheduling conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, at 615-736-5164, to reschedule.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge