IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL DAVID BROOK, | ) | |
| | ) | |
| Plaintiff, | ) | Nos. 3:11-cv-01190 |
| | ) | 3:12-cv-01168 |
| v. | ) | |
| | ) | Judge Nixon |
| STERLING INFOSYSTEMS, INC., and | ) | Magistrate Judge Griffin |
| OPRYLAND HOSPITALITY, LLC, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Defendant Sterling Infosystems, Inc.'s ("Sterling") Motion for Summary Judgment (Doc. No. 55). Sterling's Motion relates solely to Plaintiff's claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (Doc. No. 56 at 10–20.) Pursuant to this Court's order of September 2, 2014, Sterling's Motion is **TERMINATED AS MOOT** with **leave to refile by October 10, 2014.**

It is so ORDERED.

Entered this __19__ day of September, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT